**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-7680**

———————

KEITH A. MCALLISTER,

Plaintiff - Appellant,

versus

ERNEST A. FINNEY, JR., Esquire,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of South Carolina, at Columbia. Matthew J. Perry, Jr., Senior District Judge. (CA-99-3654-3-10BC)

———————

Submitted: February 10, 2000      Decided: February 17, 2000

———————

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Keith A. McAllister, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Keith Andre McAllister appeals the district court's order dismissing his complaint for failing to state a cause of action. We have reviewed the record and the district court's order accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See McAllister v. Finney, No. CA-99-3654-3-10BC (D.S.C. Dec. 6, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on December 3, 1999, the district court's records show that it was entered on the docket sheet on December 6, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).